IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Chichester School District** | : | No. 02-CV-4015 |
| | : | |
| vs. | : | **JURY TRIAL DEMANDED** |
| | : | |
| **Upper Chichester Township, Beth A. Zenuck, Thomas E. Ferro, Russell B. Minner, James R. Stuart, Joseph A. DeMarco, in their individual and official capacities as Commissioners of Upper Chichester Township, David L. Holland in his individual and official capacity as Fire Marshall of Upper Chichester Twp. and Mark A. Bostwick, in his individual and official capacity as Building Inspector of Upper Chichester Township and Charles Remaley, Inspector for Upper Chichester Township** | : | |

## CERTIFICATE OF SERVICE

I, Thomas C. Gallagher, Esquire, attorney for the below named Defendants, hereby certify that a true and correct copy of Defendants' Answer with Affirmative Defenses to Plaintiff's Complaint was sent to the below named on the date listed by regular first class mail:

Terry E. Silva, Esquire
**Silva & Associates**
1429 Walnut Street, Suite 900
Philadelphia, PA 19102

Howard J. Gallagher, Esquire
18 E. Second Street
P.O. Box 348
Media, PA 19063

**Respectfully Submitted,**
**HOLSTEN & ASSOCIATES**


**BY:** _____
**THOMAS C. GALLAGHER, ESQUIRE**
**Attorney for Defendants, Upper Chichester**
**Township, Beth H. Zenuck, Thomas E. Ferro,**
**Russell B. Minner, James R. Stuart,**
**Joseph A. DeMarco, David L. Holland,**
**Mark A. Bostwick and Charles Remaley**

Dated: