IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHICHESTER SCHOOL DISTRICT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UPPPER CHICHESTER | : | |
| TOWNSHIP, et al. | : | NO. 02-4015 |

**O R D E R**

AND NOW, this 18th day of November, 2002, after holding a status conference in the above-captioned matter, it is hereby **ORDERED** that:

1. All **discovery** in this action is **stayed** until **January 17, 2003.**

2. I will hold an **telephone status conference** on **January 17, 2003 at 3:00 p.m.** Counsel for each party is expected to be prepared to discuss the status of this matter, and the need, if any, to schedule remaining pretrial deadlines. Plaintiff's counsel is to initiate the January 17, 2003 telephone conference.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

## ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-4015**
**TODAY'S DATE**: November 18, 2002          **LAW CLERK'S INITIALS**: JJK

| **NAME** | **FAX NUMBER** (Area Code & Number) |
|---|---|
| 1. Terry E. Silva, Esq. | 215-564-0409 |
| 2. Thomas C. Gallagher, Esq. | 610-566-9168 |