IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHICHESTER SCHOOL DISTRICT | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UPPER CHICHESTER | : | |
| TOWNSHIP, et al. | : | NO. 02-4015 |

## O R D E R

AND NOW, this 24th day of February, 2003, it is hereby **ORDERED** that:

1. All **discovery** in this action is **stayed** until **March 7, 2003.**

2. I will hold an **telephone status conference** on **March 7, 2003 at 3:30 p.m.**

Counsel for each party is expected to be prepared to discuss the status of this matter, and the need, if any, to schedule remaining pretrial deadlines. Plaintiff's counsel is to initiate the March 7, 2003 telephone conference.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

**ORDER FAX FORM**

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-4015**
**TODAY'S DATE**: February 24, 2003          **LAW CLERK'S INITIALS**: JJK


| **NAME** | **FAX NUMBER** (Area Code & Number) |
|---|---|
| 1.  Terry E. Silva, Esq. | 215-564-0409 |
| 2.  Thomas C. Gallagher, Esq. | 610-566-9168 |